# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (PORTLAND)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 10-35215 |
| Case Title | Evans v. Multnomah County |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | July 10, 2012 | Time | 9:00 am | Courtroom | 2nd Floor Courtroom |
| Location | Pioneer Courthouse, 700 SW Sixth Avenue, 2nd Floor, Portland, OR 97204 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Carlos J. Calandriello |
| Address | 501 SE Hawthorne Blvd., Suite 500 |
| City | Portland |
| State | OR |
| Zip Code | 97214 |
| Phone | 503/988-3138 |
| Email Address | carlo.calandriello@multco.us |
| Party/parties represented | Appellees Multnomah County, Gorton, Griffith, Giusto and Hathaway |
| Special needs you may require in the courtroom | NONE |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

(●) I certify that I am admitted to practice before this Court.

( ) I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Carlos J. Calandriello | Date | June 5, 2012 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, The Pioneer Courthouse, 700 S.W. 6th Avenue, Suite 110, Portland OR 97204
Phone: 503-833-5311