UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL EVANS,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>MULTNOMAH COUNTY; et al.,<br><br>        Defendants - Appellees. | No. 10-35215<br><br>D.C. No. 3:07-cv-01532-BR<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered August 21, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Synitha Walker
                                      Deputy Clerk